FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 16-03297 | | | Trustee Name: | James B. Angell |
| --- | --- | --- | --- | --- | --- |
| Case Name: | WILSON, TERRENCE JAMES AND WILSON, MARY FORD | | | Date Filed (f) or Converted (c): | 06/23/2016 (f) |
| For the Period Ending: | 03/31/2019 | | | §341(a) Meeting Date: | 07/27/2016 |
| | | | | Claims Bar Date: | 01/18/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |

| Ref. # | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 3105 Lake Pointe Trail 3105 Lake Pointe Trail Rocky Mount, NC - 27804-0000 Nash County Residence: Primary residence | $315,000.00 | $0.00 | OA | $0.00 | FA | $406,000.00 | $0.00 |
| | Asset Notes: Lien holders are Suntrust and Belmont HOA  Notice of Abandonment filed 9/19/2016 DE 42 | | | | | | | |
| 2 | 1608 Shamrock Lane Rocky Mount, NC - 27804-0000 Nash Conty County Rental: 1450 sq ft single family home | $100,000.00 | $0.00 | OA | $0.00 | FA | $100,000.00 | $0.00 |
| | Asset Notes: Property is co-owned with son. Lien holder is BB&T.  Notice of Abandonment filed 9/19/2016 DE 42 | | | | | | | |
| 3 | 3052 Woods Walk Way Rocky Mount, NC - 27804-0000 Nash County Rental: 1950 square foot single family residential property | $175,000.00 | $0.00 | OA | $0.00 | FA | $164,500.00 | $0.00 |
| | Asset Notes: Lien holders are BB&T and Belmont HOA  Notice of Abandonment filed 9/19/2016 DE 42 | | | | | | | |
| 4 | 604 Woods Walk Lane Rocky Mount, NC - 27804-0000 Nash County Rental: 2220 sq ft single family home | $189,000.00 | $0.00 | OA | $0.00 | FA | $181,500.00 | $0.00 |
| | Asset Notes: Lien holders are BB&T and Belmont HOA  Notice of Abandonment filed 9/19/2016 DE 42 | | | | | | | |
| 5 | 609 Woods Walk Lane Rocky Mount, NC - 27804-0000 Nash County Rental: 1750 sq ft single family home | $175,000.00 | $0.00 | OA | $0.00 | FA | $164,800.00 | $0.00 |
| | Asset Notes: Lien holders are BB&T and Belmont HOA  Notice of Abandonment filed 9/19/2016 DE 42 | | | | | | | |
| 6 | 613 Woods Walk Lane Rocky Mount, NC - 27804-0000 Nash County Rental: 2210 sq ft single family home | $192,000.00 | $0.00 | OA | $0.00 | FA | $149,000.00 | $1,800.00 |
| | Asset Notes: Lien holders are BB&T and Belmont HOA  Notice of Abandonment filed 9/19/2016 DE 42 | | | | | | | |

SUBTOTALS    $0.00    $0.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 16-03297 | | | Trustee Name: | | James B. Angell | |
| Case Name: | WILSON, TERRENCE JAMES AND WILSON, MARY FORD | | | Date Filed (f) or Converted (c): | | 06/23/2016 (f) | |
| For the Period Ending: | 03/31/2019 | | | §341(a) Meeting Date: | | 07/27/2016 | |
| | | | | Claims Bar Date: | | 01/18/2019 | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |
| 7 | 97 Turnberry Rocky Mount, NC - 27804-0000 Nash County Other: treed home site | $6,000.00 | $0.00 | OA | $0.00 | FA | $40,000.00 | $0.00 |
| **Asset Notes:** | Lien holders are BB&T and Belmont HOA Notice of Abandonment filed 9/19/2016 DE 42 | | | | | | | |
| 8 | 74 Little Aston Rocky Mount, NC - 27804-0000 Nash County Other: interior home site | $5,000.00 | $0.00 | OA | $0.00 | FA | $0.00 | $5,000.00 |
| **Asset Notes:** | Belmont HOA may have lien on property Notice of Abandonment filed 9/19/2016 DE 42 | | | | | | | |
| 9 | Chowan County Property 417A Captains Cove Wharf's Landing Edenton, NC - 27932-0000 Chowan County Residence: Secondary Residence - Edenton town house - Wharf's Landing | $220,000.00 | $0.00 | OA | $0.00 | FA | $286,526.43 | $0.00 |
| **Asset Notes:** | Lien holders are BB&T and Wharf Landing Owners Association Notice of Abandonment filed 9/19/2016 DE 42 | | | | | | | |
| 10 | Make: Mercedes Benz Model: M500 Year: 2002 Mileage: 78,000 | $3,275.00 | $0.00 | | $0.00 | FA | $0.00 | $3,275.00 |
| 11 | Household: Living room furniture, bedroom furniture, dining room furniture | $2,500.00 | $0.00 | | $0.00 | FA | $0.00 | $2,500.00 |
| 12 | Electronics: 10-year old TVs ; one laptop over 5 years old | $250.00 | $0.00 | | $0.00 | FA | $0.00 | $250.00 |
| 13 | Clothes: personal clothing of debtors | $500.00 | $0.00 | | $0.00 | FA | $0.00 | $500.00 |
| 14 | Jewelry: wedding rings & religious medals / chain | $200.00 | $0.00 | | $0.00 | FA | $0.00 | $200.00 |
| 15 | Cash | $250.00 | Unknown | | $0.00 | FA | $0.00 | $250.00 |
| 16 | Checking Account: Wells Fargo | $2,500.00 | Unknown | | $0.00 | FA | $0.00 | $2,500.00 |
| 17 | Share Account State Employee's Credit Union | $25.31 | Unknown | | $0.00 | FA | $0.00 | $25.31 |
| 18 | Checking account Wells Fargo checking account with son | $1.61 | Unknown | | $0.00 | FA | $0.00 | $1.61 |
| 19 | USAA Asset Management Account ending 17.4. 1107 | $35.67 | Unknown | | $0.00 | FA | $0.00 | $35.67 |

SUBTOTALS   $0.00   $0.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3

| Case No.: | 16-03297 | | | | Trustee Name: | James B. Angell |
| Case Name: | WILSON, TERRENCE JAMES AND WILSON, MARY FORD | | | | Date Filed (f) or Converted (c): | 06/23/2016 (f) |
| For the Period Ending: | 03/31/2019 | | | | §341(a) Meeting Date: | 07/27/2016 |
| | | | | | Claims Bar Date: | 01/18/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |
| 20 | 401(k) Retirement: 401K, managed funds ; AlphaStaff Retirement Savings Plan | $60,222.02 | $0.00 | | $0.00 | FA | $0.00 | $60,222.02 |
| 21 | 401(k) Retirement: 401K - GENEX; managed fund; in bonds only; Fidelity | $25,438.72 | $0.00 | | $0.00 | FA | $0.00 | $25,438.72 |
| 22 | Pension Retirement: TIAA Annuity | $43,586.19 | $0.00 | | $0.00 | FA | $0.00 | $43,586.19 |
| 23 | IRA Fidelity Investments | $1,045.88 | $0.00 | | $0.00 | FA | $0.00 | $1,045.88 |
| 24 | IRA The Hartford | $15,533.60 | $0.00 | | $0.00 | FA | $0.00 | $15,533.60 |
| 25 | Rent Security Deposit: Security Deposit Held By | $3,200.00 | $0.00 | | $0.00 | FA | $0.00 | $3,200.00 |
| 26 | Owed Other: Felix M. Batts, his family, and his companies for monies loaned over past 8 years | Unknown | Unknown | | $0.00 | Unknown | $0.00 | $0.00 |
| 27 | Owed Other: Lloyd Slade deferred rent on lease purchase of 613 Woods Walk Lane rental property | Unknown | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 28 | Insurance: Term life insurance policy - American General Life Husband | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Policy is claimed as exempt | | | | | | | |
| 29 | Term life policy - AXA Equitable Wife | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| | **TOTALS (Excluding unknown value)** | $1,535,564.00 | $0.00 | | $0.00 | $0.00 | $1,492,326.43 | $165,364.00 |

**Major Activities affecting case closing:**

03/31/2019   THE TRUSTEE CONTINUES TO AWAIT THE OUTCOME OF THE FELIX BATTS BANKRUPTCY, FOR WHICH HE IS A CREDITOR IN, FOR A SUBSTANTIAL AMOUNT OWED TO THE DEBTORS.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2017 | /s/ JAMES ANGELL | |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2019 | JAMES ANGELL | |